**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


**MARY GATES, O/B/O
MICHELLE GATES, a minor,**

      **Plaintiff,**

**vs.**                               **CASE NO.: 3:06cv555/MCR/MD**

**BOARD OF DIRECTORS
OF THE FLORIDA HIGH SCHOOL
ATHLETIC ASSOCIATION, et al.,**

      **Defendants.**

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 7, 2007.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The plaintiff's motion to change jurisdiction (doc. 8) is **GRANTED**, this case is transferred to the United States District Court for the Northern District of Florida, Tallahassee Division.


**DONE AND ORDERED this 15th day of March, 2007.**


s/ *M. Casey Rodgers*
_____

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**